**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs Lakiesha Kinslow on behalf of heself and all others similarly situated.*

**OGLTREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**
Anthony L. Martin, Nev. Bar No. 8177
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Tel. (702) 369-6800
Fax: (702) 369-6888
anthony.martin@ogletreedeakins.co

**WEISBART SPRINGER HAYES LLP**
Julie A Springer (Pro Hac Vice Pending)
Matt C. Wood (*Pro Hac Vice Pending*)
Nicole LeFave (*Pro Hac Vice Pending*)
212 Lavaca, Suite 200
Austin, TX 78701
Tel. (512) 652-5780
Fax. (512) 682-2074
jspringer@wshllp.cpm
mwood@wshllp.com
nlefave@wshllp.com

*Attorneys for Defendant Alorica, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAKIESHA KINSLOW, on behalf of herself and all others similarly situated,<br><br>                 Plaintiffs,<br><br>Vs.<br><br>ALORICA, INC. and DOES 1 through 50, inclusive<br><br>            Defendant(s). | Case No.: 2:17-cv-02577-APG-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO COMPEL**<br><br>**(First Request)**<br><br>**ORDER** |

Pursuant to Local Rule ("LR") IA 6-1 and LR 26-4, Plaintiff LAKIESHA KINSLOW ("Plaintiff"), by and through her counsel of record THIERMAN BUCK, LLP, and Defendants ALORICA, INC, ("Defendant") by and through their counsel of record OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C., and WEISBART SPRINGER HAYES, LLP, hereby request and stipulate that Plaintiff be allowed an additional seven (7) day extension

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: info(a)thiermanbuck.com; www.thiermanbuck.comt

of time, from Tuesday, November 14, 2017 up until Tuesday, November 21, 2017 to file with the Court, Plaintiff's' Response to Defendant's Motion to Compel Arbitration or, in the alternative, Motion to Stay. (ECF No. 13.)  This is the Parties first request for an extension of time to extend the deadlines to file Plaintiff's response.

Procedurally, this case is in its infancy.  Plaintiff filed her original complaint in the District Court, Clark County, Nevada on September 6, 2017 and Jury Demand on September 11, 2017.  Plaintiff's complaint alleges seven (7) causes of action for: (1) Failure to Pay Wages for All Hours Worked in Violation of 29 U.S.C. § 201, et. seq; (2) Failure to Pay Overtime in Violation of 29 U.S.C. § 207; (3) Failure to Compensate for All Hours Worked in Violation of NRS 608.140 and 608.016; (4) Failure to Pay Minimum Wages in Violation of the Nevada Constitution; (5) Failure to Pay Overtime in Violation of NRS 608.140 and 608.018; (6) Failure to Timely Pay All Wages Due and Owing in Violation of NRS 608.140 and 608.020-050; and (7) Breach of Contract.  Defendant removed to this Court on October 3, 2017. (ECF No. 1.)  Defendant answered on October 11, 2017. (ECF No. 8.)  On October 31, 2017 Defendant filed its Motion to Compel Arbitration and, in the alternative, Motion to Stay (ECF No. 10 -10-6 and ECF No. 13-13-6, respectively.)  The Parties held their FRCP 26(f) conference on November 1, 2017 and timely filed their Joint Status Report on November 2, 2017. (ECF No. 16.) No discovery has been completed as of this date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

This request is made in good faith and not intended for purposes of delay. The Parties are requesting a brief extension of the deadline for Plaintiff to file her response due to a tentative agreement to settle Plaintiff's claims.

**IT IS SO STIPULATED:**

Dated this 13th day of November 2017.          Dated this 13th day of November 2017.


THIERMAN BUCK, LLP                             OGLTREE, DEAKINS, NASH, SMOAK,
                                               & STEWART, P.C.


*/s/ Joshua D. Buck*                           */s/ Anthony L. Martin*
Mark R. Thierman, Esq., Bar No. 8285           Anthony L. Martin, Nev. Bar No. 8177
Joshua D. Buck, Esq., Bar No. 12187            Wells Fargo Tower, Suite 1500
Leah L. Jones, Esq., Bar No. 13161             3800 Howard Hughes Parkway
7287 Lakeside Drive                            Las Vegas, NV 89169
Reno, Nevada 89511
                                               WEISBART SPRINGER HAYES LLP
*Attorneys for Plaintiffs*                     Matt C. Wood (*Pro Hac Vice*)
                                               212 Lavaca, Suite 200
                                               Austin, TX 78701

                                               *Attorneys for Defendants*


### ORDER


IT IS SO ORDERED this 20th day of November, 2017.



_____
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email: infor@thiermanbuck.com; www.thiermanbuck.comt