**THIERMAN BUCK, LLP**
Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiffs Lakiesha Kinslow on behalf of herself and all others similarly situated.*

**OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.**
Anthony L. Martin, Nev. Bar No. 8177
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Tel. (702) 369-6800
Fax. (702) 369-6888
anthony.martin@ogletreedeakins.co

**WEISBART SPRINGER HAYES LLP**
Julie A Springer (*Pro Hac Vice*)
Matt C. Wood (*Pro Hac Vice*)
Nicole LeFave *(Pro Hac Vice)*
212 Lavaca, Suite 200
Austin, TX 78701
Tel. (512) 652-5780
Fax. (512) 682-2074
jspringer@wshllp.cpm
mwood@wshllp.com
nlefave@wshllp.com

*Attorneys for Defendant Alorica, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAKIESHA KINSLOW, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> Vs. <br><br> ALORICA, INC. and DOES 1 through 50, inclusive <br><br> Defendant(s). | Case No.: 2:17-cv-02577-APG-GWF <br><br> **NOTICE AND STIPULATION TO STAY ALL PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** <br><br> **(First Request)** |

Plaintiff LAKIESHA KINSLOW ("Plaintiff") and Defendant ALORICA, INC. ("Defendant"), by and through their respective counsel of record, (collectively "the Parties"), hereby notify the Court that the Parties have entered into an individual settlement in this matter. The Parties are currently in the process of collecting signatures and executing the settlement agreement.

In light of the settlement, the Parties therefore stipulate and agree that:

1. The above-captioned dispute shall be stayed until the Parties execute the settlement agreement and file a voluntary dismissal of the action with prejudice; and

2. Consistent with the requested Stay all current deadlines shall be taken off calendar;

**IT IS SO STIPULATED:**

Dated this 21st day of November 2017.                     Dated this 21st day of November 2017.


THIERMAN BUCK, LLP                                       OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.


/s/ Joshua D. Buck                                       /s/ Anthony L. Martin
Mark R. Thierman, Esq., Bar No. 8285                     Anthony L. Martin, Nev. Bar No. 8177
Joshua D. Buck, Esq., Bar No. 12187                      Wells Fargo Tower, Suite 1500
Leah L. Jones, Esq., Bar No. 13161                       3800 Howard Hughes Parkway
7287 Lakeside Drive                                      Las Vegas, NV 89169
Reno, Nevada 89511
                                                         WEISBART SPRINGER HAYES LLP
*Attorneys for Plaintiffs*                               Matt C. Wood (*Pro Hac Vice*)
                                                         212 Lavaca, Suite 200
                                                         Austin, TX 78701

                                                         *Attorneys for Defendants*


### **ORDER**

IT IS SO ORDERED _____November 22_____, 2017.


*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE